```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

JUDY TREXLER,

                Plaintiff,

v.

                               Case No. 3:08-cv-400-J-33HTS

ANITA MITCHELL,

                Defendant.
_____/

**ORDER**

     This matter comes before the Court pursuant to United States of America's Motion to Substitute Anita Mitchell as Party Defendant (Doc. # 13), which was filed on May 27, 2008. Plaintiff's original complaint was filed on March 26, 2008, in the Circuit Court, Third Judicial Circuit, in and for Columbia County, Florida (the "State Court Complaint"). (Doc. # 2). The State Court Complaint alleges that Plaintiff was an employee of NF/SG VHS LAKE CITY VETERANS HOSPITAL (the "Veterans Hospital")(Doc. # 2 at ¶ 7) and that Mitchell (Plaintiff's supervisor at the Veterans Hospital) pinched Plaintiff on the arm on St. Patrick's day (March 17, 2008). (Doc. # 2 at ¶ 10). Thus, Plaintiff's single count State Court Complaint seeks damages against Mitchell for assault and battery.

     On April 21, 2008, Defendant Mitchell, by and through the United States Attorney's Office, removed Plaintiff's State Court Complaint to this Court pursuant to 28 U.S.C. § 1446. (Doc. # 1). Defendant asserts that the State Court Complaint is governed by the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. (Doc. # 1). On

May 1, 2008, the United States Attorney filed a Certification pursuant to 28 U.S.C. § 2679(d)(1) and 28 C.F.R. § 15.3(a) certifying, inter alia, that "Anita Mitchell was acting within the scope of her office or employment as an employee of the United States of America at the time of the alleged incidents out of which this Complaint arises." (Doc. # 6-2). Thereafter, on May 27, 2008, the United States filed a Motion to Substitute Anita Mitchell as Party Defendant (the "Motion to Substitute")(Doc. # 13). In the Motion to Substitute, the government requests an Order of this Court "acknowledging the certification of the United States Attorney that Anita Mitchell was acting within the scope of her federal employment at the time of the alleged incident and formally substituting the United States of America as the sole Defendant." (Doc. # 13 at 1).

Plaintiff failed to file a response in opposition to the Motion to Substitute within the time parameters of Local Rule 3.01(b), which states, "Each party opposing a motion or application shall file within ten (10) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages." Local Rule 3.01(b), M.D. Fla.

Accordingly, this Court considers the Motion to Substitute as an unopposed motion. Upon consideration of the motion, and in

light of the mandatory terms of 28 U.S.C. § 2679(d)(2), the Court finds that the relief sought in the Motion to Substitute is well founded, and this Court grants the Motion to Substitute as follows.[1]

Accordingly, it is

**ORDERED, ADJUDGED, and DECREED:**

(1) United States of America's Motion to Substitute Anita Mitchell as Party Defendant is **GRANTED** (Doc. # 13).

(2) This Court acknowledges the United States Attorney's Certification that "Anita Mitchell was acting within the scope of her office or employment as an employee of the United States of America at the time of the alleged incidents out of which this Complaint arises." (Doc. # 6-2).

---

[1] 28 U.S.C. § 2679(d)(2) states:

Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending. Such action or proceeding shall be deemed to be an action or proceeding brought against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant. This certification of the Attorney General shall conclusively establish scope of office or employment for purposes of removal.

(3)  The United States is substituted in place of Anita Mitchell as the sole Defendant in this action.  The parties are directed to take heed of this party substitution, and all future filings shall reflect this party substitution.

**DONE** and **ORDERED** in Chambers, in Jacksonville, Florida, this 17th day of June, 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel and Parties of Record
AUSA